### NG JUNG v. UNITED STATES.

(Circuit Court of Appeals, Second Circuit. May 24, 1916.)

No. 289.

ALIENS ☞31—CHINESE PERSONS—DEPORTATION.

The United States is not estopped from deporting a Chinese person, not entitled to remain in the country, by reason of the acts of a special immigration agent.

[Ed. Note.—For other cases, see Aliens, Dec.·Dig. ☞31.]

Appeal from the District Court of the United States for the Southern District of New York.

Proceeding for deportation of Ng Jung. From an order of the District Court affirming an order of deportation, defendant appeals. Affirmed.

R. M. Moore, of New York City, for appellant.
F. M. Roosa, Asst. U. S. Atty., of New York City.

Before COXE and WARD, Circuit Judges, and CHATFIELD, District Judge.

PER CURIAM. The question here is one of fact. There was testimony for and against the proposition that the defendant was born in the United States. The commissioner and Judge Lacombe, who reviewed the order of deportation, concurred in finding that the appellant was a laborer unlawfully in the United States.

We think the testimony warranted this conclusion, and that nothing in the record would justify a finding that both the commissioner and the judge were wrong. The United States is not estopped from deporting the appellant because of any act or omission of the special agent, Dannenberg.

The order of deportation is affirmed.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes